No. 552. THE CHICAGO, BURLINGTON & QUINCY RAILWAY COMPANY, PETITIONER, *v.* THE UNITED STATES. January 27, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. O. M. Spencer* and *Mr. O. H. Dean* for petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant to the Attorney General Purdy* for respondent.

---

No. 557. THE CHICAGO AND ALTON RAILWAY COMPANY, PETITIONER, *v.* THE UNITED STATES; No. 558. JOHN N. FAITHORN, PETITIONER, *v.* THE UNITED STATES; and No. 559. FRED A. WANN, PETITIONER, *v.* THE UNITED STATES. January 27, 1908. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *Mr. F. S. Winston, Mr. Robert Mather, Mr. John Barton Payne, Mr. S. H. Strawn* and *Mr. Blackburn Esterline* for petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant to the Attorney General Purdy* for respondent.

---

No. 568. WILLIAM T. WAGGONER ET AL., PETITIONERS, *v.* NATIONAL BANK OF COMMERCE OF KANSAS CITY, Mo. January 27, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. O. Davis* for petitioners. No appearance for respondent.

---

No. 588. HENRY CLAY PIERCE, PETITIONER, *v.* EDMUND P. CREECY, CHIEF OF POLICE, ETC. February 3, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Joseph H. Choate* and *Mr. Joseph H. Choate, Jr.,* for petitioner. *Mr. Shepard Barclay* and *Mr. Thomas T. Fauntleroy* for respondent.